# EXHIBIT A

From: Sean Murphy murphyslaw43@gmail.com
Subject: Wire
Date: Apr 11, 2019 at 7:06:23 AM
To: mike@benningerlaw.com
Cc: sgeorge@gandllaw.com

Need wire instructions

Sent from my iPhone