# EXHIBIT B

From: Shawn George sgeorge@gandllaw.com
Subject: Re: Wire
Date: Apr 11, 2019 at 9:39:16 AM
To: Sean Murphy murphyslaw43@gmail.com
Cc: Michael Benninger mike.benningerlaw@mail.com

Will request them and forward on receipt. Thx, Shawn

Shawn P. George, Esq.
George & Lorensen, PLLC
1526 Kanawha Blvd. E.
Charleston, WV 25311
304.343.5555 (O)
304.342.2513 (F)
304.716.1105 (C)
sgeorge@gandllaw/com

---

**From:** Sean Murphy
**Sent:** Thursday, April 11, 2019 7:06 AM
**To:** mike
**Cc:** Shawn George
**Subject:** Wire

Need wire instructions

Sent from my iPhone