# EXHIBIT C

From: Shawn George sgeorge@gandllaw.com
Subject: Re: Wire
Date: Apr 11, 2019 at 2:41:22 PM
To: Sean Murphy murphyslaw43@gmail.com
Cc: Michael Benninger
mike.benningerlaw@mail.com

Sean, Please confirm receipt, see below write with any questions. Regards, Shawn

Chase Bank
5906 Wesley st,
Greenville Tx 75401

ABA/Routing #: 111000614
Account #: 327882368

Beneficiary
CB VENTURES
9750 royal lane
Dallas Texas 75231

Shawn P. George, Esq.
George & Lorensen, PLLC
1526 Kanawha Blvd. E.
Charleston, WV 25311
304.343.5555 (O)
304.342.2513 (F)
304.716.1105 (C)
sgeorge@gandllaw.com

---

**From:** Sean Murphy <murphyslaw43@gmail.com>
**Sent:** Thursday, April 11, 2019 7:06 AM
**To:** mike
**Cc:** Shawn George
**Subject:** Wire

Need wire instructions

Sent from my iPhone