# EXHIBIT D

GEORGE & LORENSEN, *PLLC*

ATTORNEYS AT LAW *PROFESSIONAL LIMITED LIABILITY CORPORATION*

SHAWN P. GEORGE
CHARLES O. LORENSEN

1526 KANAWHA BOULEVARD, EAST
CHARLESTON, WEST VIRGINIA 25311

TELEPHONE (304) 343-5555
FACSIMILE (304) 342-2513

May 23, 2019

***Via Facsimile 304-296-7180***
Sean Murphy, Esquire
P.O. Box 2528
Fairmont, WV 26555

Re: United Bank, Inc. v. Betty Parmer
Civil Action No. 17-C-210

Sean:

This responds to your letter of May 21, 2019. Mike and I reject the suggestion we are responsible for you providing clearly bogus wiring instructions to your client's bank. Neither of us supplied the bogus instructions. Mrs. Parmer's bank and you had a duty to verify the instructions as accurate before acting upon them. It does not appear either of you did so. Neither Mike nor I was aware until your email of May 3, 2019, that Mrs. Parmer's bank and you had received and acted upon bogus wiring instructions.

We do not know whether you have done so, but request that you contact law enforcement to see if they will investigate. Mike's IT consultants are putting together a list of information and documentation they would like to have from you. Mike will provide it when it is available.

Mike contacted the Court to request a status conference. He did not get into why one is necessary. The Court provided three dates, two the last week of July, which do not work for us and one August 5 @ 3:00 p.m., which works for Mike and I. Please confirm it works for you as well so it can be noticed.

Sincerely,

Shawn P. George

cc: J. Michael Benninger, Esquire